**File Hashes for IP Address 67.180.48.83**

**ISP:** Comcast Cable
**Physical Location:** San Francisco, CA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 07/21/2015 07:59:55 | 60CC65991C564B4D10E4D3E2C5D61A219305AD85 | Happy Birthday Capri |
| 07/21/2015 07:57:22 | B2763A1A3A4BED5905D4AF6D5975F95FADEF337B | Surrender To Seduction |
| 07/13/2015 17:57:35 | ACDBEF4CF5E9EF9B4C950449C4C8C84574D25E2B | Are You Man Enough |
| 07/03/2015 22:34:13 | CBD4FD82CEDA8DED40D6F919B49C55E18CD311D1 | Let Me Join You |
| 07/03/2015 09:03:30 | BF464C7A2C1C2F9AC4E100E682A2FFCCA1428F1C | Bound By Desire |
| 06/24/2015 08:32:00 | 9A660382486D4DAFEBB2ECED755439384EE65C76 | Seize The Moment |
| 06/14/2015 22:28:30 | 307A74FCDC4FF2BE534B92390B8D42838E054753 | Lisas Playroom |
| 06/11/2015 18:32:42 | 03673C517BBF05A205C3CD3E21960D648CDC9369 | Girls Just Want To Have Fun |
| 06/10/2015 19:28:53 | 1814B177454C751B49FA72FB1B790D4F638B84D8 | Side by Side |
| 06/06/2015 16:14:02 | 3FBF96488657AE90757005F07207B70624177393 | Fun For Three |
| 06/01/2015 20:01:16 | 5CA1C5FA6D780E80010F8EEC4A0B87D0174D3F8B | Retro Romp |
| 05/30/2015 18:46:36 | E0BAA77CE7F87344AE50C404930C15C005CE9027 | Grow Up With Me |
| 05/12/2015 17:44:10 | 655C716CD336C1AF3228B08C823437BC25C5C8E4 | Nice And Slow |
| 05/12/2015 17:43:56 | 274FF444CA82FBAA3284322A1B9956BB950BF8E1 | A Sultry Summer Invitation |
| 05/09/2015 06:42:26 | A6334E69FB23CF9107640AF026291A31C1C49B96 | Come Together Part #2 |
| 05/01/2015 05:31:54 | 061A332D6D1455AE0AFA8F0F2B3C5AAD68EF83C7 | Keep On Cumming |
| 04/26/2015 05:25:20 | 1B29A82159F15FDAA3EABA932B721F477FAECCB1 | Dripping Pleasures |
| 04/12/2015 05:36:52 | 23F0420D3FED2C888A0C1CE42D26526D829332AB | Group Sex |
| 04/12/2015 05:33:53 | 030DCF9436FF987DCAC80C9BEB7ACEC9D310C662 | Just the Three of Us |
| 03/29/2015 04:48:47 | DA393152CDD6EC6C75F60E463CEA3C2C0C23FB13 | Cat Fight |
| 03/29/2015 04:15:08 | 7019E3D3AF3B9B77B669AD73DFF4CC4FAACE707D | Three Way is the Best Way |
| 03/29/2015 04:00:48 | 33CCE300E3A96BB759B85487B9253EA9D5325D0E | Early Morning Orgasm |

EXHIBIT A

NCA14

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 03/29/2015 03:43:09 | 9923A64C06C741829E80A3EDD8805B737F082948 | Super Nymphs |
| 03/29/2015 03:27:48 | 2ECCCAE4DBC833AAFEE7071F5D524D0FC60F189F | Take Me Now |
| 03/14/2015 16:48:28 | 4AA3025B2493D71FAF9D39013F9E32DB669EA345 | Bring Me To My Knees |
| 03/12/2015 19:09:03 | B60F43606F438DB37441B4C77B74D8A52AAC6723 | Selfie Love |
| 03/08/2015 19:52:51 | 66E057BED8E9F26513354449CBEC886FE1F3CB1B | Spur Of The Moment |
| 03/06/2015 21:30:54 | 9157E53CE978CBA5FFC4A6ECB70CF56EFF2FA913 | Should Have Seen Your Face |
| 03/04/2015 08:22:51 | 834C063F4CFEFFF1FACC48B9AEE0121C96940D79 | Midnight Passion |
| 03/04/2015 08:17:27 | 889726A987DCC622B874518C7A82B2D4469390C9 | Oh Mia |
| 03/04/2015 07:55:04 | B1389416BF94EE339DBDF9EFBE981CFAFBF09ACB | Red Hot and Ready |
| 03/04/2015 07:48:30 | 71AA4FEBE7F6AEED31F93582F824B3ED5C513924 | Good Night Kiss |
| 02/27/2015 17:42:19 | AC25BCAF1E7FE4D2F84E4FFCB420CA861C36DE9F | Deepest Desires |
| 02/18/2015 19:54:15 | CB063C53DD91FEB68B9D0EE1223D722C4AA5EC3F | Muy Caliente |
| 02/14/2015 19:53:27 | E675D5D6765D673B2713191672354F5660DDF5C7 | Pink Magic |
| 02/14/2015 19:42:05 | 941B4B1C72C04849CA43BADEEFBC529A89F264E5 | For Your Eyes Only |
| 02/07/2015 20:21:39 | 2A21A01D7D37D64381E8B3389EDEF16656E308B3 | Competition |
| 02/07/2015 18:52:33 | BBCCB8A3D690D7EBEDA2C631FF4AED3D0C90724F | Those Beautiful Lips |
| 02/04/2015 09:22:15 | 68A54EFC85D8151D741FF4507277C5595D6BC647 | Poolside Pleasure |
| 02/04/2015 09:18:52 | AC5F28B4BB18B6A033D9612B63AAFF4CF0F4DB0B | Maybe Yes |
| 01/31/2015 07:41:26 | 775D3C31A32A1BA9E69E9E2FEA00F185C51AD918 | Exposed And Aroused |
| 01/31/2015 06:42:59 | 163A5859AAA820CCCCCB7958DF95EA64230802FD | The Studio Part #2 |
| 01/05/2015 18:52:53 | D8AB790944DC855AF8267C6625BFF683B05126B1 | Constance Aaron X-Art on TV |
| 12/27/2014 18:33:45 | B2F31B816613A55223F17BD58219BF1445383CF9 | Happy Ending |
| 12/26/2014 19:37:20 | FECFD14698D1660E7E266D2EED945639495AEAD8 | Never Better |
| 12/26/2014 19:12:44 | C2E2BB5D4D84AC952634897BFB80DA1DCF30ADDF | Caribbean Christmas |
| 12/20/2014 21:25:58 | D290D03ADF13ECA2AE0A1FA2416EABBB8F1A3AB8 | Bohemian Rhapsody |

EXHIBIT A

NCA14

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 12/20/2014 21:22:36 | 549DD0D15D5335D60A0553E25AD2FCE571616F16 | Model Couple on Vacation |
| 12/20/2014 21:16:30 | B89F4E7B33D7910064C8354389B24F588DB88119 | Fireside Fantasy |
| 12/20/2014 21:12:00 | FC11782B70AA7239F0BA40589D6B845E5722192C | Summertime |
| 12/20/2014 20:34:55 | 0D9104E444C4B08207814DC16408CCB09E8D97BA | Carmen Leila Christmas Vacation |
| 12/18/2014 20:29:19 | EB4437DC04B657CF0BF856F8A58699693DB9B340 | Fashion Models Are Bisexual |
| 12/18/2014 20:27:59 | 23DC6D91B2384F96F7E376D052C127A326D17514 | Enjoy the Ride |
| 12/14/2014 19:52:14 | A13F8812063840466315C30968C96551DFE5CCD8 | Forever You Part #2 |
| 12/14/2014 19:23:09 | EC5F10F3595975F3FF0C95DD4D4FDC9BDDBE1C4A | Tantric Massage |
| 12/14/2014 19:15:44 | BBBF71CFCB48DE0D1C087E9C8F1ED413FB595197 | First Time |
| 12/04/2014 18:42:37 | 25A00DF352A7B7D17DC80E41187B0A60DF9F1308 | Too Hot To Handle |
| 11/29/2014 19:41:50 | E831A89E2D4F31484BA5A262CF963D9A7F414765 | Light My Fire |
| 11/27/2014 23:54:29 | A76B24C6848F089F7011D63DBB8F6A0EA42A2572 | Season of Love |
| 11/26/2014 17:54:05 | 7B3BD6CB04B4820C3BB3A3716B5B55F02FB89EBF | Cum In Get Wet |
| 11/22/2014 17:33:53 | 88880BA49BE6AECD218F30F515D301C1527CF1D2 | Fuck Me More |
| 11/21/2014 00:46:38 | 5FC4E9DEEC4674C3330589667370CCC9E89498B0 | Shes A Spinner |
| 11/13/2014 08:15:05 | 76E219579F50DB883BF3EF4371EB5FCD73F4BD82 | Sunset Memories |
| 11/13/2014 08:02:11 | 85A482797063FE9326206DB259006B81EEEB7116 | Je Mappelle Belle |
| 10/28/2014 06:42:19 | D9C55EE821FEDE37F315C2B7DF84E8F1CD2E60C0 | One Show For Each |
| 10/23/2014 06:37:27 | 85957A8702E1D45316CC325868D40DDA1326F63F | A Cloudy Hot Day |
| 10/14/2014 19:52:07 | 79124058EA60765BA1665013B5ACCFC81C802BC5 | Cant Let Go |
| 10/12/2014 17:49:47 | 209AA26864182D392CDE5256AB22C1F425AFD6E6 | Awe Inspiring Orgy |
| 10/10/2014 18:27:24 | F077DC1F33C19837407F592461961DC43CAF5CEC | Serving Seduction |
| 10/08/2014 17:09:21 | 3F563417E70AB066C7F6F3BB6494CF8E11F3D96E | Tiffanys Tight Ass |
| 10/06/2014 01:10:12 | 59AFB872D151BBF80C4C99DDB993C677942DEF9F | Kacey Jordan Does Xart |
| 09/30/2014 17:44:45 | DD4B1B31D7B83F9F4A438166D7B8E5DDC30683F4 | Fucking Goddesses |

EXHIBIT A

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 09/20/2014 19:47:03 | B7DE12E6D18EA2D8472B71E669889275F358EBFF | Sneak N Peek |
| 09/19/2014 18:42:04 | 10FA46C05717695FFE6413D36DD767A20B0337BF | Four Ways |
| 09/19/2014 18:40:14 | 35BC1C078C1266451F0B377807A327A226B38A0C | Smarty Pants |
| 09/07/2014 18:08:11 | D289B1E772AA8ABE9AC174C23B989415734CE934 | Our Little Cum Cottage |
| 09/02/2014 21:38:17 | 372784BFE4B0079698397A92B3BF24F05A42A2BE | Bedtime Hijinks |
| 09/02/2014 21:37:14 | 078E88F6677A1C62F9F7BA6E346C9012B64D8B93 | Perfect Timing |
| 08/26/2014 02:57:46 | CB509E6EC962A1344952B46367471B3DBB517975 | Sexy En Noir |
| 08/26/2014 01:58:44 | 070B244F443D12A4774D7794BE199CE7AF7DFF01 | Beautiful Girl |
| 08/22/2014 04:08:33 | 1ED8B8B51709705CAD479BF369E3F1C14974C6F2 | Come Close |
| 08/22/2014 04:06:16 | FEA716E38C8642A245E4EB7CDE9AA67ECC2865DA | Pretty Bad Girl |
| 08/22/2014 03:57:55 | 8833E8148F3FA7B6B4D4330431AAE2C6D144E9F6 | Lying Around |
| 08/18/2014 15:50:44 | 294B4C6DD84D1EDDB7B75B1589D04B17FA39959D | Saturday Eve |
| 08/16/2014 18:13:31 | 4F8309110D236F5A477F4FD603D4628D8F7E97D2 | Zeppelin on Fire |
| 08/16/2014 18:06:54 | 3B39460ABF5377A5830F532935B590D40086B834 | Girls Night Out |
| 08/16/2014 17:55:47 | 8D357CC8A76374C2534F5B6C92DFA6373DD18A48 | Coming Late |
| 08/16/2014 17:52:17 | 221154C63C9318CCC8402F0580BBE4E83F5F6161 | Sweet Awakening |
| 08/16/2014 04:10:02 | A422699064F70D9733725CE8FB9E4F3FD266EAC8 | A Dream Of You |
| 08/16/2014 03:31:04 | F07FCFFF53F61518419C7795CA58C8247D0B351B | First and Forever |
| 08/16/2014 03:21:36 | 763C808429C2A16C4B37CFCE51479A38EA626646 | In the Blind |
| 08/14/2014 19:44:08 | 5612B6644244B6DA8CCB3EE46164EBE96C0220E0 | Thunderstorm Love |
| 08/14/2014 19:42:14 | 044982916808C7216E6C0F1EF7D495AD91CD4492 | Trophy Wife |
| 08/14/2014 19:33:46 | 67D8723F0E28AE1CAC8572FBCAF7334CCAC075B2 | Breakfast At Eves |
| 08/14/2014 19:30:08 | 601753FA4113C8EADC906C4FB15DB0E8A303CE3F | So Young |
| 08/14/2014 19:12:50 | F09E59860DED770DD0E80B5F5E39195914A9866A | Angie VIP Lounge |
| 08/14/2014 18:56:49 | 34B9A4894B1C78203BB97569F8E617F3FCCED54A | Out of This World |

EXHIBIT A

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 08/14/2014 17:55:14 | CFA566DC7947671346CBFEF4C971DB401DFC2CBB | Blonde Ambition |
| 08/12/2014 20:32:36 | 23999DB5EF5D40B73E936402C11E05754FC6C625 | Wake Me Up Like This |
| 08/12/2014 20:26:02 | CBDBC450F4AADB48BC97D2C9BDABA3611DCAE7CB | Erotic Stretching and Sex |
| 08/12/2014 20:23:01 | 416F0C0D3CD55E91EC5F27CCBBA3F094D2A68990 | The Rich Girl Part #2 |
| 08/02/2014 21:37:44 | E584AB497167FD3A4ED9AD90A0E6DFE04FE25B91 | Any And All For You |
| 07/27/2014 19:10:10 | 0B17C5D78E3337FFFBE9F527F6339CEE0C5449CA | Lovers Way |
| 07/27/2014 18:17:27 | 2B1699F2420533D795845E58F689F092C62F969B | Precious Metal |
| 07/22/2014 17:13:02 | FF998E8E6A3E8B747A68F4E781F4646C4E35AECA | Listen To Me Cum |
| 07/22/2014 15:52:10 | 53F21F1D3471052DBF6F878F4E339C9FA725CA9D | Model Couple |
| 07/20/2014 00:59:19 | 73D9B8655E55395131759875FCCE25807BB1A697 | Black and White |
| 07/19/2014 19:01:07 | 166388127B6175EDD88B45C2D2150747B6AAEC53 | I Touch Myself |
| 07/19/2014 18:11:48 | 4B848A4A494EA3304FAAE82C332C141CA23F87AA | Without Words |
| 07/19/2014 04:46:02 | DDFA609D8C015E81C098CC6EE83BE696E0145B58 | Love at First Sight |
| 07/18/2014 20:16:37 | 863B4C226634F93B3EB6F467974F1405AD029254 | From Three to Four Part 2 |
| 07/14/2014 19:06:48 | 42515F9D37EA23D9724D06E353718247DFC7BCD0 | A Thought Of You |
| 07/11/2014 20:38:10 | 786361EC7D53CD0E6A50BD9F0F5A54DDB60A38D8 | Summertime Lunch |
| 07/11/2014 20:05:48 | C754311A9836C302F79491BD9BE2D99704951A6E | Risky Business |
| 07/06/2014 19:15:58 | 1C154F7B883975A40764F8CA139FA0406FAE18C6 | Technicolor Dreams |
| 07/06/2014 18:16:03 | C7F83512BA5E4C3FFECE934E98DE2EEBD8E730DD | Anneli Leila Menage A Trois |
| 07/06/2014 18:04:20 | E9AE69EA12A208BD84BC4385FD6B9CE398BD3769 | Miss Perfect |
| 07/06/2014 18:03:32 | 5E4C94426F363EC6A29574A4F617250137B8D1BE | Threes Company |
| 07/05/2014 20:47:12 | F5F0BDFE986F2997D252C13D02D8DBAFCBD395C5 | Clean and Wet |
| 07/05/2014 20:28:14 | A1B0A9B8D530009523AD651AD83C5E14645DB259 | Knock On My Door |
| 07/05/2014 20:19:30 | 99F7D81F335BF327855594C16106110AAEA13DB5 | Sweet Surrender |
| 07/05/2014 19:30:52 | 6CA5F002A486212AD9A0E265E6C0AFE4A3A2E681 | Chloe Loves Carl Part 2 |

EXHIBIT A

NCA14

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 07/05/2014 18:56:02 | 8589F1911F32409980780DBB1F681F015D6F51C8 | Tie Her Up For Me |
| 07/05/2014 18:30:14 | 5DDB804EA505ED1834A3FE820F3279A7406582EA | Give Me More Part 2 |
| 07/05/2014 18:10:49 | 0E2838E0523F6CD41EF2E29DE2B756DAC84794BB | Sexy In The City |
| 07/05/2014 18:01:23 | CF32E2DC1D90F14E20982DCB9F90F8F3D5B5D731 | Drinks For Two |
| 07/05/2014 17:40:38 | 6448E1573AD85D9DB7C53AB52C9310C8883D1DEB | Double Tease |
| 06/13/2014 20:14:45 | D0A57DB74005EBEBA046F855544DA6A0F8418121 | A Girls Fantasy |
| 06/11/2014 04:41:21 | B421AC8F16FA0562E69DC95B84CE042DF13C3C1E | From Three to Four |
| 06/11/2014 04:27:57 | D5A9C20E70E2DF2139A79D8862F9B8AD7079F7B9 | Just Jennifer |
| 06/09/2014 00:54:50 | 06AC7448218B6AC5F63B777630398DDCCD763FEC | Rope Priority |
| 06/09/2014 00:52:02 | A3489404D5BC89A23C5693702FBAE237D7F447BE | In My Living Room |
| 06/09/2014 00:42:12 | 8BF820D4870A6432D4F6BC0C580B7F0E1BD64B51 | Sex With Glasses |
| 06/09/2014 00:40:40 | 96723554E601561A24EC479A240E4320DD6CE335 | Meet My Lover From Austria |
| 06/09/2014 00:18:19 | 80A3176D85D32C18D0A990E2AA11CDCF68AA625D | Catching Up |
| 06/04/2014 04:40:16 | AE3A98486827A6C3124377987C59B8059FDDE1B8 | Surprise Surprise |
| 06/04/2014 04:23:29 | D112EDEE38501E9B963B8F76A1534520245FD235 | They Meet Again |
| 06/04/2014 04:15:51 | 67026053D98E723952937A2BE2935A1BEFD72BF0 | Two By Two |
| 06/04/2014 03:20:02 | EF7D45942AD823A4E11D9E48EE1381888BA4734B | Through the Looking Glass |
| 06/04/2014 02:13:25 | 38B29045632EB116F6BD4FFAA96ED0E62F9A9BE4 | Silvie Eufrat Strip Poker |
| 06/04/2014 01:45:23 | 9E255FFC01382F1E75232DB192139A197904190D | Meet Me in Madrid |
| 06/04/2014 01:24:59 | 143E187F72AE9BA9BC6DB821D56C08C6D7A8805A | Burning |
| 05/29/2014 07:34:36 | B6CC3888C5D62A5A1FAEE62656AD6B54AF23B754 | Deep Longing |
| 05/28/2014 23:39:29 | 2D15ABD5CE6549D8B57AB97DFD1A0C13B6F6AC9D | Mile High Club |
| 05/28/2014 23:00:27 | 3B0ADE358E77D4DF048E956B4EFD3D6366269D5D | Inside Perfection |
| 05/28/2014 22:45:39 | 307B24548B441CC1B5BB37FDEE1B78E807F3222B | Getting Down |
| 05/28/2014 22:34:06 | B5F7917A01002453F13815D60A7C484BA2414F60 | Insanely Gorgeous |

EXHIBIT A

NCA14

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 05/20/2014 20:06:01 | D88B4C89C6AF183E648968833DB35747519C31D9 | Sneaking In |
| 05/20/2014 19:52:30 | F3CB1E97E667A556FF06A56BB1B045D7BA9CC031 | Russian Connection |
| 05/01/2014 22:34:51 | AC44BD2FC75996D6918F94E9E85828A7A01BF5B8 | Naughty and Nice |
| 05/01/2014 22:16:42 | 9553EBE8FFDF1D250C0421C4E67292FE07A6CF4C | A Little Rain Must Fall |
| 04/23/2014 01:50:47 | 556F15DFCBBB4499A802392BDFD9C4BB195EF044 | Go Fish |
| 04/20/2014 02:40:03 | DF1C2AEB1BC5F2B3813206A2CE34A06F3687D8C9 | Bottoms Up |
| 01/07/2014 05:54:55 | CA3F3FE8FEBF38CE0D3442C500FFF5148CAA8C9E | She Bad |
| 12/21/2013 22:35:00 | 19D9835BA8045489A604AF3F6F282C48D1671A73 | Baby Blues |
| 12/21/2013 22:23:13 | 968B00EE5404AB01882DDF418B51A2F5D0642BC5 | A Perfect Match |
| 12/21/2013 21:48:51 | 56B890DBF45818C57D350DFCE7A9F33615B24F6E | My Naughty Girl |
| 12/21/2013 21:46:25 | CC84159BDEB4D02AABE6A192DDD791D377B41859 | Many Shades of Grey |
| 12/21/2013 21:04:21 | 2A425C2975427A8037691A0F1EF6F0D21CE2399E | I Love X Art |
| 12/21/2013 20:53:33 | 67046B92B4BDE33E69F0F38D33C7136D167384C8 | Featherlight |
| 11/24/2013 20:05:16 | 887A7C86D18D0E3B41A802BD8904AA1FCFFF4AC6 | Ready for Bed |
| 11/22/2013 04:41:38 | F84E7BD9064DC07A14CFD0658A4F3600C3C656E1 | Blindfold Me Part #2 |
| 11/22/2013 04:40:56 | 18B23464E61B4D118F9E285337BC49B3B246BCB5 | LA Plans |
| 11/22/2013 04:38:43 | 418612CDA063819CF12372355DCD2C2573FD0337 | Truth or Dare |
| 11/02/2013 00:54:08 | 76C99077332623BD5B9944158F1C35750957E5A8 | Her First Time |
| 11/01/2013 19:45:27 | 2D8D68C40668EFB88DB912C5822AE34D7CDE892F | The Young and the Restless |
| 11/01/2013 02:49:01 | 4FF872F305E92C9DCB11E886334FB75207E604C0 | Body Language |

**Total Statutory Claims Against Defendant: 167**

EXHIBIT A

NCA14